024

In The
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELOY ATKINSON; | § § § |
| Plaintiff, | § § |
| Vs. | § § C. A. No. B-02-41 |
| NUCO2 INC., A FLORIDA CORPORATION, d/b/a FOWLER CARBONICS, INC. | § § § § § |
| Defendant. | § |

**PLAINTIFF'S DEMAND FOR JURY TRIAL**
Pursuant to Rule 38 - Federal Rules of Civil Procedure

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff demands a jury as to all issues triable by same.

Dated: March 13, 2002

PLAINTIFF'S DEMAND FOR JURY TRIAL

Respectfully submitted,

*David Horton* (signature)

A. C. Nelson
SBOT No. 14885600
LAW OFFICE OF
A. C. NELSON
International Plaza - Suite 434
3505 Boca Chica Blvd.
Brownsville, TX 78521
956.541.3601 t, 956.541.1488 f

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 t, 956.761.7424 f

Attorneys for Plaintiff
ELOY ATKINSON

---

### CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Ramon Bissmeyer
COX & SMITH
INCORPORATED
112 East Pecan Street
    Suite 1800
San Antonio, TX 78205-1521
210.554.5500 telephone
210.226.8395 telecopier,

by First Class Mail, on Wednesday, March 13, 2002.

*David Horton* (signature)
David Horton

PLAINTIFF'S DEMAND FOR JURY TRIAL