IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Eloy Atkinson, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-02-041 |
| | § | |
| $NuCo_2$, Inc. | § | |
| A Florida Corporation | § | |
| d/b/a FOWLER CARBONICS, INC. | § | |
|    Defendant. | § | |

### DEFENDANT'S SUPPLEMENT TO NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES $NuCo_2$, Inc., Defendant in the above-referenced matter and pursuant to 28 U.S.C. §§ 1441 and 1446 files this its Supplement to Notice of Removal and in support hereof would show the Court the following:

On March 1, 2002, Defendant $NuCo_2$, Inc. filed a Notice of Removal with the Court. In that Notice, counsel for $NuCo_2$, Inc. indicated that the Notice of Removal would be supplemented with a certified copy of the docket sheet, which had not yet been received by Defendant's counsel as of the time the Notice of Removal was filed.

On March 26, 2002, the Cameron County District Clerk provided a certified copy of the docket sheet of Cause No. 2002-CCL-00071-B, which is attached hereto as Exhibit "A."

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that this Court accept this Supplement to Notice of Removal, assume jurisdiction of this cause, and grant Defendant such other and further relief, at law and in equity, to which it may be justly entitled.

Respectfully submitted,

COX & SMITH INCORPORATED
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 FAX

By: _____
Ramon D. Bissmeyer
State Bar No. 00787088

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was sent via certified mail, return-receipt requested on April 3, 2002, to:

Mr. A.C. Nelson                             CMRRR # 7160 3901 9844 5348 7711
Law Office of A.C. Nelson
International Plaza, Suite 434
3505 Boca Chica Blvd.
Brownsville, Texas 78521

Mr. David Horton                            CMRRR # 7160 3901 9844 5348 7728
Neel & Horton, L.L.P.
PO Box 2159
South Padre Island, Texas 78597

_____
Ramon D. Bissmeyer

```
                                                            PAGE: 01
                                                   2002-CCL-00071-B

CLERK'S ENTRIES  *   *   *        01       22      02

01) DAVID HORTON     (10)

                 SUIT ON DAMAGES &EMPLOYMENT DISCRIMINATI

01/22/02 ORIGINAL PETITION FILED
02/05/02 CITATION (CM): NUCO2 INC. A FLORIDA
         CORPORATION D/B/A
02/05/02     SERVED: 02/08/02         FILED: 02/11/02
02/28/02 DEFENDANT'S ORIGINAL ANSWER,
         AFFIRMATIVE DEFENSES, VERIFIED
                                        AD
02/28/02 DENIAL AND SPECIAL EXCEPTION
                                        AD
03/06/02 NOTICE OF FILING NOTICE OF REMOVAL
                                        AD
```