IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Eloy Atkinson, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-02-041 |
| | § | |
| NuCo$_2$, Inc. | § | |
| A Florida Corporation | § | |
| d/b/a FOWLER CARBONICS, INC. | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

MAY 2 0 2002

Michael N. Milby
Clerk of Court

## NUCO2, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Order for Conference, Defendant NuCo$_2$, Inc. files this its Corporate Disclosure Statement. Defendant NuCo$_2$, Inc. f/k/a Fowler Carbonics, Inc. has no parent corporation. Defendant NuCo$_2$, Inc. f/k/a Fowler Carbonics, Inc. is a publicly traded corporation.

Respectfully submitted,

By: _____
RAMON D. BISSMEYER
State Bar No. 00787038

Cox & Smith Incorporated
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500 TELEPHONE
(210) 226-8395 FAX

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was sent via certified mail, return-receipt requested on May 16, 2002, to:

Mr. A.C. Nelson  
Law Office of A.C. Nelson  
International Plaza, Suite 434  
3505 Boca Chica Blvd.  
Brownsville, Texas 78521  

CMRRR # 7160 3901 9844 6922 3020

Mr. David Horton  
Neel & Horton, L.L.P.  
PO Box 2159  
South Padre Island, Texas 78597  

CMRRR # 7160 3901 9844 5348 7827

_____  
RAMON D. BISSMEYER

410035 1