026

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED
MAY 2 4 2002
Michael N. Milby
Clerk of Court

ELOY ATKINSON; §
§
    Plaintiff, §
§
Vs. § C. A. No. B-02-041
§
NuCo2 INC., §
A FLORIDA CORPORATION, §
d/b/a FOWLER CARBONICS, INC. §
§
§
§
    Defendant. §

**PLAINTIFF ELOY ATKINSON'S
LIST OF INTERESTED PARTIES**

---

1.  COMES NOW PLAINTIFF ELOY ATKINSON'S in the above case, and pursuant to the court's order files this list of all entities that are financially interested in this litigation.

2.  List of entities: 1) Plaintiff Eloy Atkinson, Post Office Box 314, Rio Hondo, TX 78583, 956.748.2427 t; 2) Mr. Mr. A. C. Nelson, LAW OFFICE OF A. C. NELSON, International Plaza - Suite 434, 3505 Boca Chica Blvd., Brownsville, TX 78521, 956.541.3601 t, plaintiff's counsel; 3) Mr. David Horton (David Horton, P.C.), NEEL & HORTON, L.L.P., Post Office Box 2159, South Padre Island, TX 78597, attorney for plaintiff; and, 4)Mr. Ramon Bissmeyer COX & SMITH, 112 East Pecan Street - Suite 1800, San Antonio, TX 78205-1521, 210.554.5500 t.

Respectfully submitted,

*/s/ David Horton*

A. C. Nelson
SBOT No. 14885600
LAW OFFICE OF
A. C. NELSON
International Plaza - Suite 434
3505 Boca Chica Blvd.
Brownsville, TX 78521
956.541.3601 t, 956.541.1488 f

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 t, 956.761.7424 f

Attorneys for Plaintiff
ELOY ATKINSON

---

### CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Ramon Bissmeyer
COX & SMITH
INCORPORATED
112 East Pecan Street
    Suite 1800
San Antonio, TX 78205-1521
210.554.5500 telephone
210.226.8395 telecopier,

by First Class Mail, on Wednesday, May 22, 2002.

*/s/ David Horton*

David Horton