9

United States District Court
Southern District of Texas
F!! ?D

THE HONORABLE JOHN WM. BLACK

**JUN 2 6 2002**

INITIAL PRETRIAL CONFERENCE

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-02-041</u>            DATE & TIME: ___<u>06-26-02 AT 1:30 P.M.</u>___

<u>ELOY ATKINSON</u>            PLAINTIFF(S) ___<u>ARTURO C. NELSON</u>___
COUNSEL

VS.

<u>NUCO2 INC., A FLORIDA CORP.</u>            DEFENDANT(S) ___<u>RAMON D. BISSMEYER</u>___
<u>D/B/A FOWLER CARBONICS, INC.</u>            COUNSEL ___<u>MEGAN P. LINDBERG</u>___

---------------------------------------------------------------------------------------------------------------

ERO:  Linda Garcia
CSO:  Roy Zepeda

Attorneys Arturo Nelson, David Horton and Ramon Bissmeyer appeared.

Parties will submit an agreed scheduling order.