United States District Court
Southern District of Texas
FILED

AUG 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY ATKINSON | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. B-02-041 |
| | § | |
| NUCO2, INC., | § | |
| A FLORIDA CORPORATION, D/B/A | § | |
| FOWLER CARBONICS, INC. | § | |
|     Defendant. | § | |

### REPORT OF PARTIES' PLANNING CONFERENCE

1. Pursuant to FED. R. CIV. P. 26(f), and this Court's request at the Management Conference, a meeting was held on June 26, 2002, and was attended by:

   A. Counsel for Plaintiff, Mr. A.C. Nelson, The Law Office of A.C. Nelson, International Plaza, Suite 434, 3505 Boca Chica Blvd., Brownsville, Texas 78521, 956-541-3601, 956-541-1488 Fax; and David Horton, L.L.P, P.O. Box 2159, South Padre Island, Texas 78597, 956-761-6644, 956-761-7424 Fax.

   B. Counsel for Defendant, Ramon D. Bissmeyer, Cox & Smith Incorporated, 112 East Pecan Street, Suite 1800, San Antonio, Texas 78205, (210) 554-5500, (210) 226-8395 FAX.

2. Pre-Discovery Disclosures. Plaintiff will serve on Defendant by **August 23, 2002**, the information required by FED. R. CIV. P. 26(a)(1). Defendant will serve on Plaintiff by **September 6, 2002,** the information required by FED. R. CIV. P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   A. Discovery will be needed on the following subjects:

      1. The facts and circumstances supporting Plaintiff's allegations;

      2. Damages suffered by Plaintiff;

      3. Plaintiff's mitigation of damages;

      4. Affirmative defenses, including any that may become known through discovery.

    B.     All discovery commenced in time to be completed by **January 31, 2003**.

    C.     Maximum of **25** interrogatories by each party to any other party. Responses due as provided by FED. R. CIV. P. 6(e) and 33(b)(3).

    D.     Maximum of **30** requests for admissions by each party to any other party. Responses due as provided by FED. R. CIV. P. 6(e) and 36(a).

    E.     Maximum of **10** depositions by Plaintiff and **10** by Defendant.

    F.     Each deposition limited to maximum of **10** hours unless extended by agreement of parties or Order of the Court.

    G.     Reports from retained experts under Rule 26(a)(2) due:

        1.     From Plaintiff by **October 15, 2002**.

        2.     From Defendant by **December 2, 2002**.

    H.     Supplementations under Rule 26(e) due within **45** days after discovery of the item that requires supplementation.

4.     Other Items.

    A.     The parties do not request a conference with the Court before entry of the scheduling order.

    B.     Parties asserting claims for relief should submit a settlement offer by **August 23, 2002**, and each opposing party shall respond, in writing, by **September 6, 2002**.

    C.     The parties request a pretrial conference the week preceding the trial setting.

    D.     Plaintiff should be allowed until **September 20, 2002** to join additional parties and amend the pleadings.

    E.     Defendant should be allowed until **October 4, 2002**, to join additional parties and amend the pleadings.

    F.     All potentially dispositive motions must be filed by **March 10, 2003**. Responses to dispositive motions must be filed by **March 31, 2003**. Replies to Responses to dispositive motions must be filed by **April 21, 2003**.

    G.     Settlement may be enhanced by use of the following alternative dispute resolution procedure: mediation. The parties propose filing a report on alternative dispute resolution by **February 28, 2002**.

H.  Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

1.  From Plaintiffs: **28** days before the trial setting;

2.  From Defendants: **14** days before the trial setting.

I.  Parties should have **10** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

J.  The case should be ready for trial by **June 2, 2003,** and at this time is expected to take approximately **3** days.

**AGREED AND APPROVED:**

**LAW OFFICES OF A. C. NELSON**

*/s/ A.C. Nelson w/ permission By DH/* 

By: **A.C. Nelson**
State Bar #14885600
Law Office of A.C. Nelson
International Plaza – Suite 434
3505 Boca Chica Blvd.
Brownsville, TX 78521
956-541-3601
956-541-1488 (fax)


**NEEL & HORTON**

*/s/ David Horton w/ permission By DH/*

By: **David Horton**
State Bar No. 10014500
Neel & Horton
P. O. Box 2159
South Padre Island, TX 78597
(956) 761-6644
(956) 761-7424 FAX

ATTORNEYS FOR PLAINTIFF

**COX & SMITH INCORPORATED**
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 - FAX

By: _____
**Ramon D. Bissmeyer**
State Bar No. 00787088
**Megan P. Lindberg**
State Bar No. 24027596

ATTORNEYS FOR DEFENDANT

421643.1