IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY ATKINSON | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO. B–02-041 |
| | § | |
| NuCo2, Inc. | § | |
| A FLORIDA CORPORATION | § | |
| D/B/A FOWLER CARBONICS, INC. | § | |
|     Defendant. | | |

United States District Court
Southern District of Texas
ENTERED
NOV 07 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## JOINT PROPOSED SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16, Plaintiff Eloy Atkinson and NuCo2, Inc. submit to the Court the parties' Joint Proposed Scheduling Order.

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution shall be filed by **February 28, 2003**.
2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **August 23, 2002**, and each opposing party shall respond, in writing, by **September 6, 2002**.
3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **October 4, 2002**.
4. All parties asserting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, ,and shall SERVER on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **October 15, 2002**. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVER on all parties, but not file the material required by Fed. R. Civ. P. 26(a)(2)(B) by **December 2, 2002**. All designations of rebuttal experts shall be FILED within 15 days of the receipt of the report of the opposing expert.
5. An objection to the reliability of an expert's proposed testimony under Federal rules of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **20** days of receipt of the written report of the exert's proposed testimony, or within **20** days of the expert's

       deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **January 31, 2003**. Counsel may by agreement may continue discovery beyond the deadline, but there will no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **March 10, 2003**. Dispositive motions and responses to dispositive motions shall be limited to **twenty (20)** pages in length.

8. A Joint Pre-Trial Order is to be submitted to the Court no later than **April 28, 2003**. To the extent that there is a disagreement with regards to language in the joint pretrial order, each party may submit their own version of the pretrial order, that should be identical as to all parties in agreement and those items that are in disagreement outlined as such.

9. The Final Pre-Trial Conference is set for **June 5, 2003**, at **2:00 p.m.**

10. Jury Selection is set for **June 6, 2003**, at **9:00 a.m.**

11. This case is set for trial before the Court on **June 9, 2003**, at **9:00 a.m.**, and is expected to take three (3) days.

SIGNED AND ENTERED this 7th day of November, 2002.

_____
Honorable Andrew S. Hanen
United States District Judge