

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELOY ATKINSON<br>Plaintiff, § § § | |
| v. § | CIVIL NO. B-02-041 |
| NUCO₂, INC., § § § § § <br>A FLORIDA CORPORATION, D/B/A<br>FOWLER CARBONICS, INC.<br>Defendant. | |

### JOINT MOTION FOR LEAVE TO AMEND THE
### JOINT PROPOSED SCHEDULING ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME Plaintiff, Eloy Atkinson (hereinafter "Plaintiff"), and Defendant, NUCO2, INC. (hereinafter "Defendant"), and file their Joint Motion for Leave to Amend the Joint Proposed Scheduling Order, and in support hereof would respectfully show this Honorable Court the following:

1. On January 2, 2002, Plaintiff filed his Original Complaint in the County Court at Law No. 2, Cameron County, Texas. Defendant timely filed its Original Answer and Affirmative Defenses on February 28, 2002. Defendant subsequently removed this case to this Court on March 6, 2002. The parties filed their Joint Proposed Scheduling Order with the Court on August 23, 2002. The Scheduling Order was not signed and entered by Judge Andrew S. Hanen until November 7, 2002. By that date, Plaintiff's deadline to file his designation of potential witnesses, designation of testifying experts and list of proposed exhibits had passed. Recognizing that the Scheduling Order had not yet been signed and entered, Plaintiff assumed that he was not bound by the deadlines.

437130.2

2.   On November 5, 2002, Plaintiff's counsel, David Horton, requested a three week extension to respond to Defendant's discovery requests, served on Plaintiff on October 9, 2002. When contemplating the requested extension, it became clear that an extension of this nature would jeopardize Defendant's ability to comply with future deadlines established in the parties' Joint Proposed Scheduling Order. Specifically, Defendant would not have enough time to evaluate the discovery responses and designate witnesses by the December 2, 2002 deadline. Furthermore, the discovery deadline is presently set to end on January 31, 2002. Thus, granting an extension of this nature would not allow Defendant sufficient time to review the discovery responses and conduct all relevant depositions within the present discovery period.

3.   Counsel for Plaintiff and Defendant conferred and determined that, based on the late entry of the Scheduling Order and the extension granted to respond to Defendant's discovery requests, the Scheduling Order should be amended to account for the delay. Accordingly, the First Amended Scheduling Order is attached hereto and incorporated by reference herein as Exhibit "A".

4.   Should the Court determine that a hearing is necessary on this issue, the parties suggest that the hearing be held by telephone.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully request that the Court grant this Motion and amend the Scheduling Order as indicated in the First Amended Joint Proposed Scheduling Order and for such other and further relief to which this Court finds them justly entitled.

437130.2

Respectfully submitted,

**LAW OFFICES OF A.C. NELSON**
International Plaza, Suite 434
3505 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 541-3601
(956) 541-1488 (Fax)

___A.C. Nelson___  — with permission by Megan P. Lindberg
A.C. Nelson
State Bar No. 14885600

**NEEL & HORTON**
P. O. Box 2159
South Padre Island, Texas 78597
(956) 761-6644
(956) 761-2424 (Fax)

___David Horton___  — with permission by Megan P. Lindberg
David Horton
State Bar No. 10014500

**ATTORNEYS FOR PLAINTIFF**

**COX & SMITH INCORPORATED**
112 East Pecan, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (FAX)

By: ___Ramon D. Bissmeyer___ — with permission by Megan P. Lindberg
**Ramon D. Bissmeyer**
State Bar No. 00787088
**Megan P. Lindberg**
State Bar No. 24027596

**ATTORNEY FOR DEFENDANT**

437130.2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served via certified mail, return-receipt requested, on November 18, 2002, to:

Mr. A. C. Nelson  
The Law Offices of A. C. Nelson  
International Plaza, Suite 434  
3505 Boca Chica Blvd.  
Brownsville, Texas 78521

CMRRR#: **7160 3901 9844 8891 5319**

Mr. David Horton  
Neel & Horton, LLP  
P. O. Box 2159  
South Padre Island, Texas 78597

CMRRR#: **7160 3901 9844 8891 5302**

_Ramon D. Bissmeyer_ — with permission by Megan P. Lindsay  
Ramon D. Bissmeyer

437130.2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY ATKINSON<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. B-02-041 |
| NUCO$_2$, INC.,<br>A FLORIDA CORPORATION, D/B/A<br>FOWLER CARBONICS, INC.<br>　　Defendant. | §<br>§<br>§<br>§ | |

## ORDER

On this day came on to be considered the parties Joint Motion for Leave to Amend Joint Proposed Scheduling Order. The Court, having considered same, is of the opinion that the Motion for Leave is well taken and should be, in all things, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Joint Motion for Leave to Amend Joint Proposed Scheduling Order is GRANTED.

It is further ORDERED that the Scheduling Order is amended as indicated in the First Amended Joint Proposed Scheduling Order.

SIGNED and ENTERED this _____ day of _____, 2002.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

437130.2

# Exhibit A

437130.2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY ATKINSON<br>    Plaintiff, | § § § | |
| v. | § § | CIVIL NO. B-02-041 |
| NUCO2, INC.,<br>A FLORIDA CORPORATION, D/B/A<br>FOWLER CARBONICS, INC.<br>    Defendant. | § § § § § | |

## FIRST AMENDED JOINT PROPOSED SCHEDULING ORDER

Pursuant to FED. R. CIV. P. 16, Plaintiff Eloy Atkinson and NuCo2, Inc. submit to the Court the parties' First Amended Joint Proposed Scheduling Order.

\*     \*     \*

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution shall be filed by **February 28, 2003.**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **August 23, 2002**, and each opposing party shall respond, in writing, by **September 6, 2002**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **October 4, 2002.**

4. All parties asserting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **November 25, 2002**. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the material required by FED. R. CIV. P. 26(a)(2)(B) by **December 30, 2002**. All designations of rebuttal experts shall be FILED within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically

        stating the basis for the objection and identifying the objectionable testimony, within **20** days of receipt of the written report of the expert's proposed testimony, or within **20** days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **February 28, 2003**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **April 28, 2003**. Dispositive motions and responses to dispositive motions shall be limited to **twenty (20)** pages in length.

8. This case is set for trial before the Court on **June 30, 2003**, at **9:00 a.m.**, and is expected to take three (3) days.

SIGNED AND ENTERED this ____ day of _____, 2002.

                                                  _____
                                                  ANDREW S. HANEN
                                                  UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

**LAW OFFICES OF A. C. NELSON**

By: *AC Nelson – w/ permission by Megan P. Lindberg*
    A.C. Nelson
    Law Office of A.C. Nelson
    International Plaza – Suite 434
    3505 Boca Chica Blvd.
    Brownsville, TX 78521
    State Bar #14885600
    956-541-3601
    956-541-1488 (fax)

**NEEL & HORTON**

By: *David Horton – w/ permission by Megan P. Lindberg*
    **David Horton**
    Neel & Horton
    P. O. Box 2159
    South Padre Island, TX 78597
    State Bar No. 10014500
    (956) 761-6644
    (956) 761-7424 FAX

ATTORNEYS FOR PLAINTIFF

**COX & SMITH INCORPORATED**
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 - FAX

By: *Ramon D. Bissmeyer – w/ permission by Megan P. Lindberg*
    **Ramon D. Bissmeyer**
    State Bar No. 00787088

ATTORNEYS FOR DEFENDANT