IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELOY ATKINSON<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL NO. B-02-041 |
| | § | |
| NUCO$_2$, INC.,<br>A FLORIDA CORPORATION, D/B/A<br>FOWLER CARBONICS, INC.<br>　　Defendant. | §<br>§<br>§<br>§ | |

### ORDER

On this day came on to be considered the parties Joint Motion for Leave to Amend Joint Proposed Scheduling Order. The Court, having considered same, is of the opinion that the Motion for Leave is well taken and should be, ~~in all things~~, GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Joint Motion for Leave to Amend Joint Proposed Scheduling Order is GRANTED.

It is further ORDERED that the Scheduling Order is amended as indicated in the First Amended Joint Proposed Scheduling Order.

SIGNED and ENTERED this 20th day of November, 2002.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

437130.2