IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELOY ATKINSON<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL NO. B-02-041 |
| NUCO2, INC.,<br>A FLORIDA CORPORATION, D/B/A<br>FOWLER CARBONICS, INC.<br>    Defendant. | §<br>§<br>§<br>§<br>§ | |

### FIRST AMENDED JOINT PROPOSED SCHEDULING ORDER

Pursuant to FED. R. CIV. P. 16, Plaintiff Eloy Atkinson and NuCo2, Inc. submit to the Court the parties' First Amended Joint Proposed Scheduling Order.

\* \* \*

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution shall be filed by **February 28, 2003.**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **August 23, 2002**, and each opposing party shall respond, in writing, by **September 6, 2002**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **October 4, 2002.**

4. All parties asserting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the materials required by FED. R. CIV. P. 26(a)(2)(B) by **November 25, 2002**. Parties resisting claims for relief shall FILE their designation of potential witnesses, designation of testifying experts, and list of proposed exhibits, and shall SERVE on all parties, but not file the material required by FED. R. CIV. P. 26(a)(2)(B) by **December 30, 2002**. All designations of rebuttal experts shall be FILED within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically

stating the basis for the objection and identifying the objectionable testimony, within **20** days of receipt of the written report of the expert's proposed testimony, or within **20** days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **February 28, 2003**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **April 28, 2003**. Dispositive motions and responses to dispositive motions shall be limited to **twenty (20)** pages in length.

~~8. This case is set for trial before the Court on June 30, 2003, at 9:00 a.m., and is expected to take three (3) days.~~

SIGNED AND ENTERED this 20th day of November, 2002.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

8. The dates and deadlines contained in this Court's order of November 7, 2002 regarding the Joint Pretrial Order, the Final Pretrial Conference, Jury Selection and the actual Trial are still in effect and the parties are ordered to comply with those dates.

AGREED AND APPROVED:

**LAW OFFICES OF A. C. NELSON**

By: *AC Nelson – w/ permission by Megan P. Lindberg*
    A.C. Nelson
    Law Office of A.C. Nelson
    International Plaza – Suite 434
    3505 Boca Chica Blvd.
    Brownsville, TX 78521
    State Bar #14885600
    956-541-3601
    956-541-1488 (fax)

**NEEL & HORTON**

By: *David Horton – w/ permission by Megan P. Lindberg*
    **David Horton**
    Neel & Horton
    P. O. Box 2159
    South Padre Island, TX 78597
    State Bar No. 10014500
    (956) 761-6644
    (956) 761-7424 FAX

ATTORNEYS FOR PLAINTIFF

**COX & SMITH INCORPORATED**
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 - FAX

By: *Ramon D. Bissmeyer – w/ permission by Megan P. Lindberg*
    **Ramon D. Bissmeyer**
    State Bar No. 00787088

**ATTORNEYS FOR DEFENDANT**

437195.1