044

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

NOV 2 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELOY ATKINSON; | § § | |
| Plaintiff, | § § | |
| Vs. | § § | C. A. No.B - 02 - CV -041 |
| NUCO2 INC., A FLORIDA CORPORATION, d/b/a FOWLER CARBONICS, INC. | § § § § § | |
| Defendant. | § | |

### APPEARANCE BY DAVID HORTON, COUNSEL OF RECORD FOR PLAINTIFF ELOY ATKINSON

1. COMES NOW DAVID HORTON, COUNSEL OF RECORD FOR PLAINTIFF ELOY ATKINSON in the above case, and files this appearance for plaintiff.

2. David Horton is co-counsel for plaintiff. Said counsel requests defendant to serve him with all papers, and requests the Clerk send him copies of all orders and correspondence.

Respectfully submitted,

*David Horton* (signature)

A. C. Nelson
SBOT No. 14885600
LAW OFFICE OF
A. C. NELSON
International Plaza - Suite 434
3505 Boca Chica Blvd.
Brownsville, TX 78521
956.541.3601 t, 956.541.1488 f

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 t, 956.761.7424 f

Attorneys for Plaintiff
ELOY ATKINSON

--------------------------------------------------------------

## CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Ramon Bissmeyer
COX & SMITH
INCORPORATED
112 East Pecan Street
    Suite 1800
San Antonio, TX 78205-1521
210.554.5500 telephone
210.226.8395 telecopier,

by First Class Mail, on Friday, November 23, 2002.

*David Horton* (signature)
David Horton