# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELOY ATKINSON | § § § |
| VS. | § CIVIL ACTION NO. B-02-041 |
| NUCO2, INC. | § § |

TYPE OF CASE:   __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **JURY TRIAL**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

THIRD FLOOR COURTROOM, #6

DATE AND TIME PREVIOUSLY SCHEDULED:

JUNE 9, 2003 @ 9:00 AM

RESET TO DATE AND TIME:

JUNE 17, 2003 @ 9:00 AM

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: January 13, 2003

TO: ALL COUNSEL OF RECORD