050

In The
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

JAN 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELOY ATKINSON; | § § | |
| Plaintiff, | § § | |
| Vs. | § § | C.A. No. B - 02 - CV -041 |
| NUCO2 INC., A FLORIDA CORPORATION, | § § § § § § | |
| Defendant. | § | |

---

**PLAINTIFF'S MOTION FOR LEAVE
TO TAKE OUT-OF-STATE DEPOSITIONS BY TELEPHONE
Pursuant to the Federal Rules of Civil Procedure**

---

1. COMES NOW PLAINTIFF, and pursuant to the Federal Rules of Civil Procedure, moves the court for an order granting plaintiff leave to take out-of-state depositions by telephone. In support of this motion plaintiff submits for the court's consideration such matters as stated below.

2. Discovery closes in this case on February 28, 2003. The defendant corporation's main office is in Florida. Four or five company employees/witnesses are in Florida, and one other company employee/witness is in Oklahoma. Plaintiff lives and works in Cameron County, Texas.

3. Plaintiff requests the court grant plaintiff leave to take the out-of-state witnesses' video depositions by telephone.

PLAINTIFF'S MOTION FOR LEAVE
TO TAKE OUT-OF-STATE DEPOSITIONS BY TELEPHONE                                       1

Plaintiff proposes to notice each witness to appear before the videographer at the witness's location, and to take the deposition before a court reporter in Brownsville.

4.  Plaintiff submits that these arrangements will save much time and money. The only way plaintiff can attend the depositions is if they are conducted by telephone as requested. Plaintiff's counsel has conducted and attended similar telephonic depositions in times past with satisfactory results.

5.  Granting this motion will not delay these proceedings, and will not adversely affect the rights any party hereto.

6.  WHEREFORE, plaintiff prays the court grant this motion and order such relief as includes that requested below.

7.  ORDER that plaintiff be given leave to take video telephone depositions of out-of-state company witnesses/employees.

8.  ORDER, in the alternative, that the discovery completion date be extended to March 14, 2003.

9.  ORDER such other and further relief as is proper and just.

Respectfully submitted,

*/s/ David Horton*

A. C. Nelson
SBOT No. 14885600
LAW OFFICE OF
A. C. NELSON
International Plaza - Suite 434
3505 Boca Chica Blvd.
Brownsville, TX 78521
956.541.3601 t, 956.541.1488 f

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 t, 956.761.7424 f

Attorneys for Plaintiff
ELOY ATKINSON

CERTIFICATE OF CONFERENCE
Pursuant to the FRCP and Local Rule 6.A(4)

Prior to filing this motion, I conferred with defendant's counsel regarding matters presented on this motion. Based on such, the parties are unable to agree about the disposition of this motion.

*David Horton* (signature)

David Horton

---

CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Ramon Bissmeyer
COX & SMITH
INCORPORATED
112 East Pecan Street
    Suite 1800
San Antonio, TX 78205-1521
210.554.5500 telephone
210.226.8395 telecopier,

by First Class Mail, on Friday, January 24, 2003.

*David Horton* (signature)

David Horton

051

In The
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | | |
|---|---|---|
| ELOY ATKINSON; | § § | |
| Plaintiff, | § § | |
| Vs. | § § | C.A. No. B - 02 - CV -041 |
| NuCo2 INC., A FLORIDA CORPORATION, | § § § § § § | |
| Defendant. | § | |

---

O R D E R / ON:

*PLAINTIFF'S MOTION FOR LEAVE
TO TAKE OUT-OF-STATE DEPOSITIONS BY TELEPHONE*

---

    1. On this _____ day of _____, 20 _____, this case came on for consideration upon *PLAINTIFF'S MOTION FOR LEAVE TO TAKE OUT-OF-STATE DEPOSITIONS BY TELEPHONE*. Having considered the facts and law relevant to the motion, the court is of the opinion that the motion should be and hereby is GRANTED. Therefore, such relief is ORDERED as is stated below.

    2. ORDERED that plaintiff hereby is given leave to take video telephone depositions of out-of-state company witnesses/employees.

    3.    The Clerk shall mail a copy of this order to counsel of record.

    4.    Done at Brownsville, Texas on this ___ day of _____, 20 _____.

_____
UNITED STATES (MAGISTRATE) (DISTRICT) JUDGE

c:    Mr. A. C. Nelson

    Mr. David Horton

    Mr. Ramon Bissmeyer