059

In The
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

FEB 14 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELOY ATKINSON, | § | |
| | § | |
| Plaintiff; | § | |
| | § | |
| Vs. | § | C.A. No. B - 02 - CV -041 |
| | § | |
| NuCo2 Inc., | § | |
| A FLORIDA CORPORATION; | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY COMPLETION DATE**
**And Request for Expedited Submission**
**Pursuant to the Federal Rules of Civil Procedure**

---

1. COMES NOW PLAINTIFF, and pursuant to the Federal Rules of Civil Procedure, files this UNOPPOSED motion, wherein plaintiff moves the court for an order extending the discovery completion date. The parties request the court the suspend Local Rule 6D, and submit this motion for consideration as soon after filing as practical. In support of this motion plaintiff submits for the court's consideration such matters as stated below.

2. Discovery closes in this case on February 28, 2003. Plaintiff requests the court extend the date to March 21, 2003. Such extension will not affect the other dates in the current scheduling order. Written discovery is complete. No depositions have been taken.

3. The parties are discussing settlement. The parties have agreed to mediation before conducting depositions.

4. The parties request that if hearing is held on this motion, that it be conducted by telephone. Given the time constraints, the parties are eager to expedite ruling hereon.

5. Granting this motion will not delay these proceedings, and will not adversely affect the rights any party hereto.

6. WHEREFORE, plaintiff prays the court grant this motion and order such relief as includes that requested below.

7. ORDER that the date for completion of discovery be extended to March 21, 2003.

8. ORDER such other and further relief as is proper and just.

Respectfully submitted,

*David Horton* (signature)

A. C. Nelson
SBOT No. 14885600
LAW OFFICE OF
A. C. NELSON
International Plaza – Suite 434
3505 Boca Chica Blvd.
Brownsville, TX 78521
956.541.3601 t, 956.541.1488 f

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 t, 956.761.7424 f

Attorneys for Plaintiff
ELOY ATKINSON

CERTIFICATE OF CONFERENCE
Pursuant to the FRCP and Local Rule 6.A(4)

Prior to filing this motion, I conferred with defendant's counsel regarding matters presented on this motion. Based on such, I advise the Clerk that defendant does not oppose this motion, and that this is an UNOPPOSED MOTION.

David Horton

---

CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Ramon Bissmeyer
COX & SMITH
INCORPORATED
112 East Pecan Street
    Suite 1800
San Antonio, TX 78205-1521
210.554.5500 telephone
210.226.8395 telecopier,

by First Class Mail, on Thursday, February 13, 2003.

David Horton