IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 28 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ELOY ATKINSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO: B-02-CV-041 |
| § | |
| NUCO2 INC., § | |
| A FLORIDA CORPORATION, § | |
| d/b/a FOWLER CARBONICS, INC.; § | |
| § | |
| Defendant. § | |

## REPORT ON ALTERNATIVE DISPUTE RESOLUTION

NOW COMES $NuCo_2$, Inc. ("Defendant") in the above-entitled and numbered cause, and in accordance with the Court's Scheduling Order, files this its Alternative Dispute Resolution Report, and in support would respectfully show the Court the following:

I.

The Parties have engaged in limited settlement negotiations. Currently, Defendant has settlement offer outstanding and is awaiting Plaintiff's Response.

II.

Ramon D. Bissmeyer is responsible for settlement negotiations on behalf of NuCo2, Inc.

451696.1

III.

The Parties have that agreed mediation may be an appropriate form of Alternate Dispute Resolution for this matter. The Parties have further agreed to mediate this case before William Lemmons on March 4, 2003 in San Antonio, Texas. Should a resolution to this matter be reached during that mediation, Defendant will promptly notify the Court.

WHEREFORE, PREMISES CONSIDERED, The Parties hereby submit this Report and ask for such other and further relief, at law and in equity, to which they may be justly entitled.

Respectfully submitted,

COX & SMITH INCORPORATED
112 East Pecan Street
Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 - FAX

BY: _/s/ Megan P. Lindberg_
RAMON D. BISSMEYER
Attorney in Charge
State Bar No. 00787088
S.D. No. 17446
**MEGAN P. LINDBERG**
State Bar No. 24027596
S.D. No. 30858

ATTORNEYS FOR DEFENDANT

451696.1

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was sent on February 27, 2003, to:

A. C. Nelson            **Via Certified Mail: 71603901984424134842**
The Law Offices of A. C. Nelson
International Plaza, Suite 434
Brownsville, Texas 78521

And

David Horton            **Via Certified Mail: 71603901984424134835**
Neel & Horton, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597

RAMON D. BISSMEYER
MEGAN P. LINDBERG

451696.1