060

In The
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
ENTERED

FEB 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELOY ATKINSON; | § § § | |
| Plaintiff, | § § | |
| Vs. | § § | C.A. No. B - 02 - CV -041 |
| NUCO2 INC., A FLORIDA CORPORATION, | § § § § § § | |
| Defendant. | § § | |

---

O R D E R / ON:

PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY COMPLETION DATE

---

1. On this **28th** day of **February**, 20**03**, this case came on for consideration upon PLAINTIFF'S MOTION ~~FOR LEAVE~~ To Extend Discovery Completion Date (ASH) ~~TO TAKE OUT OF STATE DEPOSITIONS BY TELEPHONE~~. Having considered the facts and law relevant to the motion, the court is of the opinion that the motion should be and hereby is GRANTED. Therefore, such relief is ORDERED as is stated below.

    2.   ORDERED that this motion be, and hereby is, submitted and considered on an expedited basis.

    3.   ORDERED that the date for completion of discovery be, and

hereby is, extended to March 21, 2003

    4.    The Clerk shall mail a copy of this order to counsel of record.

    4.    Done at Brownsville, Texas on this 28th day of February, 2003.

_____
UNITED STATES ~~(MAGISTRATE)~~ (DISTRICT) JUDGE

c:  Mr. A. C. Nelson

    Mr. David Horton

    Mr. Ramon Bissmeyer

ORDER / ON:
PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND DISCOVERY COMPLETION DATE    2