IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELOY ATKINSON, <br> Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO: B-02-CV-041 |
| NUC02 INC., <br> A FLORIDA CORPORATION, <br> d/b/a FOWLER CARBONICS, INC., <br> Defendant. | § § § § § | |

United States District Court
Southern District of Texas
ENTERED

APR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the above-entitled action hereby stipulate, and the Court orders, that all claims in the above matter are dismissed with prejudice, with all parties to bear their respective costs and attorneys' fees.

Respectfully submitted,

THE LAW OFFICES OF A.C. NELSON
International Plaza, Suite 434
3505 Boca Chica Blvd.
Brownsville, Texas 78521
(956) 541-3601
(956) 541-1488 FAX

By: _____
A.C. NELSON
State Bar No. 14885600

DAVID HORTON
State Bar No. 10025600
NEEL & HORTON, L.L.P.
P.O. Box 2159
South Padre Island, Texas 78597
(956) 761-6644
(956) 761-7424 (FAX)

ATTORNEYS FOR PLAINTIFF

COX & SMITH INCORPORATED
112 East Pecan, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (FAX)

By: _____
RAMON D. BISSMEYER
State Bar No. 00787088
MEGAN P. LINDBERG
State Bar No. 24027596

ATTORNEYS FOR DEFENDANT

A-2

SO ORDERED this 15th day of April, 2003.

_____
UNITED STATES DISTRICT JUDGE

602441.1

A-2